IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00172-RJC-DSC

| | |
|---|---|
| FBA OPERATING CO., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KOHREE LLC, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Andrea Nguyen, Scott P. Amy and Joseph Staley]" (documents ##12-14) filed June 30, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 5, 2022

David S. Cayer
United States Magistrate Judge